# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LLABAN, JOSEFINA B   § Case No. 08-71935
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/07/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  10/28/2009        By:  /s/BERNARD J. NATALE
                                          Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LLABAN, JOSEFINA B                                     § Case No. 08-71935
                                                              §
                                                              §
Debtor(s)                                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $       25,004.76 |
| *and approved disbursements of* | $        9,094.28 |
| *leaving a balance on hand of* [1] | $       15,910.48 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $    3,250.48 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $    2,300.00 | $    48.24 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*    _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for*  _____ $_____ $_____
*Other*          _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,280.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA NA | $ 1,654.49 | $ 1,654.49 |
| 2 | PYOD LLC as assignee of Citibank | $ 1,573.25 | $ 1,573.25 |
| 3 | PYOD LLC as assignee of Citibank | $ 1,791.33 | $ 1,791.33 |
| 4 | Recovery Management Systems Corporation | $ 575.07 | $ 575.07 |
| 5 | LVNV Funding LLC | $ 3,686.60 | $ 3,686.60 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 7,153.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 14.4 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Creditors Collection Bureau Inc | $ 7,153.14 | $ 1,031.02 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

    The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:   /s/BERNARD J. NATALE
  Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Nov 17, 2009
Case: 08-71935                Form ID: pdf006             Total Noticed: 30

The following entities were noticed by first class mail on Nov 19, 2009.
db           +Josefina B Llaban,   14 Washtenaw Lane,    Algonquin, IL 60102-3032
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
12342245    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,    American Honda Finance Corp,   Po Box 168088,
               Irving, TX 75016)
12342246     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
12342247     +Chase,   Chase CC Srvs/Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12924006      Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
12342248     +Citibank / Sears,    Po Box 20363,   Kansas City, MO 64195-0363
12342249     +Citibank Usa,    Citi Corp Credit Services, Attn.: Centra,   Po Box 20507,
               Kansas City, MO 64195-0507
12342250     +Client Services, Inc.,    3451 Harry Truman BLVD,   Saint Charles, MO 63301-9816
12342251     +Countrywide Home Lending,    Attention: Bankruptcy,   Po Box 5170,   Simi Valley, CA 93062-5170
12342252     +Creditors Collection B,    755 Almar Pkwy,   Bourbonnais, IL 60914-2392
12342253     +Freedman, Anselmo, Lindberg,,   & Rappe LLC,   PO Box 3228,   Naperville, IL 60566-3228
12342254     +Gregory Llaban,    14 Washtenaw Lane,   Algonquin, IL 60102-3032
12342256     +Marshall & Ilsley Bank,   770 N Water St,   Milwaukee, WI 53202-3509
12342257     +Med Busi Bur,    1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
12342258     +NCO Financial Systems Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
12342259     +North Shore Radiological Services,    518 Meadow Drive,   Wilmette, IL 60091-2276
12976711      PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12342260     +Pathology Consultants of the NS, SC,    2107 Pioneer Lane,   Wilmette, IL 60091-3158
12342262     +Rudolph Llaban,    14 Washtenaw Lane,   Algonquin, IL 60102-3032
12342263     +Rush North Shore Medical Center,    9701 Knox Avenue, # 103,   Skokie, IL 60076-1256
12342264     +Target,   Po Box 9475,    Minneapolis, MN 55440-9475
12342265     +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
12342266     +Wells Fargo,    Wells Fargo CCG Collection Servicing, 1s,   1 Home Campus,
               Des Moines, IA 50328-0001
12342267     +Wffinancial,    8210 University Ex,   Charlotte, NC 28262-3368
The following entities were noticed by electronic transmission on Nov 17, 2009.
14239312     +E-mail/Text: Jboyd@creditorscollection.com
               Creditors Collection Bureau Inc,    PO Box 63,   Kankakee, Il 60901-0063
12342255     +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2009 07:07:00       Jc Penney,
               Attention: Bankruptcy Department,    Po Box 103106,   Roswell, GA 30076-9106
13057282      E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13003040     +E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2009 07:07:00
               Recovery Management Systems Corporation,    For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12342261     +E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Service/Sherman Acquis,   Attention: Bankruptcy Department,   Po Box 10587,
               Greenville, SC 29603-0587
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
12344742*    +Gregory Llaban,    14 Washtenaw Lane,   Algonquin, Il 60102-3032
12344743*    +Rudolph Llaban,    14 Washtenaw Lane,   Algonquin, Il 60102-3032
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman          Page 2 of 2              Date Rcvd: Nov 17, 2009
Case: 08-71935                Form ID: pdf006         Total Noticed: 30

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**          **Signature:**   *Joseph Speetjens*