# AMENDED DISTRIBUTION REPORT
## FINAL DISTRIBUTION

**Case Number:** 08-71935                    Page: 1                    **Date:** December 7, 2009
**Debtor Name:** LLABAN, JOSEFINA B                                    **Time:** 04:10:32 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $15,911.88 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 48.24 | 0.00 | 48.24 | 48.24 | 15,863.64 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,300.00 | 0.00 | 2,300.00 | 2,300.00 | 13,563.64 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 3,250.48 | 0.00 | 3,250.48 | 3,250.48 | 10,313.16 |
| SCEXP | CAVANAGH LAW GROUP f/k/a LLOYD & CAVANAGH | Admin Ch. 7 | 748.96 | 748.96 | 0.00 | 0.00 | 10,313.16 |
| SPCOUN 2 | EVINS & SKLARE | Admin Ch. 7 | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 10,313.16 |
| SPECCO UN | CAVANAGH LAW GROUP f/k/a LLOYD & CAVANAGH | Admin Ch. 7 | 6,333.33 | 6,333.33 | 0.00 | 0.00 | 10,313.16 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 14,681.01 | 9,082.29 | 5,598.72 | 5,598.72 | |
| 1 | Chase Bank USA NA | Unsecured | 1,654.49 | 0.00 | 1,654.49 | 1,654.49 | 8,658.67 |
| 2 | PYOD LLC as assignee of Citibank | Unsecured | 1,573.25 | 0.00 | 1,573.25 | 1,573.25 | 7,085.42 |
| 3 | PYOD LLC as assignee of Citibank | Unsecured | 1,791.33 | 0.00 | 1,791.33 | 1,791.33 | 5,294.09 |
| 4 | Recovery Management Systems Corporation | Unsecured | 575.07 | 0.00 | 575.07 | 575.07 | 4,719.02 |
| 5 | LVNV Funding LLC | Unsecured | 3,686.60 | 0.00 | 3,686.60 | 3,686.60 | 1,032.42 |
| 6 | Creditors Collection Bureau Inc | Unsecured | 7,153.14 | 0.00 | 7,153.14 | 1,032.42 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 16,433.88 | 0.00 | 16,433.88 | 10,313.16 | |
| << Totals >> | | | 31,114.89 | 9,082.29 | 22,032.60 | 15,911.88 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Unsecured** | 62.755478% |