**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LLABAN, JOSEFINA B | § Case No. 08-71935 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $134,107.50 | Assets Exempt: $22,018.00 |
| Total Distribution to Claimants: $10,313.16 | Claims Discharged Without Payment: $25,465.72 |
| Total Expenses of Administration: $14,693.00 | |

3) Total gross receipts of $ 25,006.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,006.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $216,677.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,693.00 | 14,693.00 | 14,693.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,345.00 | 16,433.88 | 16,433.88 | 10,313.16 |
| **TOTAL DISBURSEMENTS** | $236,022.00 | $31,126.88 | $31,126.88 | $25,006.16 |

    4) This case was originally filed under Chapter 7 on June 19, 2008.
. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2010    By: /s/BERNARD J. NATALE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Uninsured Motorist Claim | 1249-000 | 25,000.00 |
| Interest Income | 1270-000 | 6.16 |
| **TOTAL GROSS RECEIPTS** | | **$25,006.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marshall & Ilsley Bank | 4110-000 | 4,234.00 | N/A | N/A | 0.00 |
| Countrywide Home Lending | 4110-000 | 198,233.00 | N/A | N/A | 0.00 |
| Toyota Motor Credit | 4110-000 | 4,475.00 | N/A | N/A | 0.00 |
| American Honda Finance American Honda Finance Corp | 4110-000 | 9,735.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$216,677.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 48.24 | 48.24 | 48.24 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,300.00 | 2,300.00 | 2,300.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,250.48 | 3,250.48 | 3,250.48 |
| CAVANAGH LAW GROUP f/k/a LLOYD & CAVANAGH | 3220-610 | N/A | 748.96 | 748.96 | 748.96 |
| EVINS & SKLARE | 3210-600 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| CAVANAGH LAW GROUP f/k/a LLOYD & CAVANAGH | 3210-600 | N/A | 6,333.33 | 6,333.33 | 6,333.33 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 11.99 | 11.99 | 11.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 14,693.00 | 14,693.00 | 14,693.00 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA NA | 7100-000 | N/A | 1,654.49 | 1,654.49 | 1,654.49 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,573.25 | 1,573.25 | 1,573.25 |
| PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,791.33 | 1,791.33 | 1,791.33 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 575.07 | 575.07 | 575.07 |
| LVNV Funding LLC | 7100-000 | N/A | 3,686.60 | 3,686.60 | 3,686.60 |
| Creditors Collection Bureau Inc | 7200-000 | N/A | 7,153.14 | 7,153.14 | 1,032.42 |
| North Shore Radiological Services | 7100-000 | 688.00 | N/A | N/A | 0.00 |
| Wffinancial | 7100-000 | 1,475.00 | N/A | N/A | 0.00 |
| Resurgent Capital Service/Sherman Acquis | 7100-000 | 3,201.00 | N/A | N/A | 0.00 |
| Med Busi Bur | 7100-000 | 848.00 | N/A | N/A | 0.00 |
| Rush North Shore Medical Center | 7100-000 | 782.00 | N/A | N/A | 0.00 |
| Target | 7100-000 | 3,415.00 | N/A | N/A | 0.00 |
| Rush North Shore Medical Center | 7100-000 | 1,843.00 | N/A | N/A | 0.00 |
| Wells Fargo Wells Fargo CCG Collection Servicing, | 7100-000 | 2,303.00 | N/A | N/A | 0.00 |
| American Honda Finance American Honda Finance Corp | 7100-000 | 3,073.00 | N/A | N/A | 0.00 |
| Toyota Motor Credit | 7100-000 | 833.00 | N/A | N/A | 0.00 |
| Capital 1 Bank | 7100-000 | 884.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 19,345.00 | 16,433.88 | 16,433.88 | 10,313.16 |

**UST Form 101-7-TDR (9/1/2009)**

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71935  
**Case Name:** LLABAN, JOSEFINA B  

**Period Ending:** 01/15/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/19/08 (f)  
**§341(a) Meeting Date:** 08/14/08  
**Claims Bar Date:** 02/10/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 14 Washtenaw Lane, Algonquin, IL (owned, son) | 113,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash with debtor | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Harris Bank; Algonquin, IL | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. household goods with debtor | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books and CD's with debtor | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. clothes with debtor | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. Jewelry with debtor | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Honda Pilot with 80,000 miles | 9,735.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2000 Toyota Corolla with approximately 40,000 mi | 2,237.50 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Kia with approximately 20,000 miles Payment | 5,165.00 | 0.00 | DA | 0.00 | FA |
| 11 | Uninsured Motorist Claim  (u) | Unknown | 25,000.00 | | 25,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.16 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$134,107.50** | **$25,000.00** | | **$25,006.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     July 31, 2009          **Current Projected Date Of Final Report (TFR):**     October 28, 2009  (Actual)

Printed: 01/15/2010 01:28 PM    V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-71935  
**Case Name:** LLABAN, JOSEFINA B  

**Taxpayer ID #:** 54-6815349  
**Period Ending:** 01/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*11-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/09 | {11} | ALLSTATE INSURANCE | PROCEEDS FROM PERSONAL INJURY CLAIM | 1249-000 | 25,000.00 | | 25,000.00 |
| 02/18/09 | | To Account #\*\*\*\*\*\*\*\*1166 | Transfer to pay Special Counsel | 9999-000 | | 9,500.00 | 15,500.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 15,500.25 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,500.92 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,501.55 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,502.16 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,502.83 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,503.48 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,504.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,504.76 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,505.39 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,506.04 |
| 12/07/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.12 | | 15,506.16 |
| 12/07/09 | | To Account #\*\*\*\*\*\*\*\*1166 | for Final Distributions | 9999-000 | | 15,506.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,006.16 | 25,006.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 25,006.16 | |
| | | | **Subtotal** | | 25,006.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,006.16** | **$0.00** | |

{} Asset reference(s)                                                                     Printed: 01/15/2010 01:28 PM   V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-71935  
**Case Name:** LLABAN, JOSEFINA B  

**Taxpayer ID #:** 54-6815349  
**Period Ending:** 01/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*11-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/18/09 | | From Account #\*\*\*\*\*\*\*\*1165 | Transfer to pay Special Counsel | 9999-000 | 9,500.00 | | 9,500.00 |
| 02/18/09 | 101 | CAVANAGH LAW GROUP f/k/a LLOYD & CAVANAGH | Ref # LLABAN | 3220-610 | | 748.96 | 8,751.04 |
| 02/18/09 | 102 | CAVANAGH LAW GROUP f/k/a LLOYD & CAVANAGH | Ref # LLABAN | 3210-600 | | 6,333.33 | 2,417.71 |
| 02/18/09 | 103 | EVINS & SKLARE | Ref # LLABAN | 3210-600 | | 2,000.00 | 417.71 |
| 08/13/09 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #08-71935, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 11.99 | 405.72 |
| 12/07/09 | | From Account #\*\*\*\*\*\*\*\*1165 | for Final Distributions | 9999-000 | 15,506.16 | | 15,911.88 |
| 12/08/09 | 105 | BERNARD J. NATALE | Dividend paid 100.00% on $3,250.48, Trustee Compensation; Reference: | 2100-000 | | 3,250.48 | 12,661.40 |
| 12/08/09 | 106 | Chase Bank USA NA | Distribution paid 100.00% on $1,654.49; Claim# 1; Filed: $1,654.49; Reference: 0964 | 7100-000 | | 1,654.49 | 11,006.91 |
| 12/08/09 | 107 | Recovery Management Systems Corporation | Distribution paid 100.00% on $575.07; Claim# 4; Filed: $575.07; Reference: 8981 | 7100-000 | | 575.07 | 10,431.84 |
| 12/08/09 | 108 | LVNV Funding LLC | Distribution paid 100.00% on $3,686.60; Claim# 5; Filed: $3,686.60; Reference: 5653 | 7100-000 | | 3,686.60 | 6,745.24 |
| 12/08/09 | 109 | Creditors Collection Bureau Inc | Distribution paid 14.43% on $7,153.14; Claim# 6; Filed: $7,153.14; Reference: | 7200-000 | | 1,032.42 | 5,712.82 |
| 12/08/09 | 110 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,348.24 | 3,364.58 |
| | | | Dividend paid 100.00%    2,300.00 on $2,300.00; Claim# ATTY; Filed: $2,300.00 | 3110-000 | | | 3,364.58 |
| | | | Dividend paid 100.00%    48.24 on $48.24; Claim# EXP; Filed: $48.24 | 3120-000 | | | 3,364.58 |
| 12/08/09 | 111 | PYOD LLC as assignee of Citibank | Combined Check for Claims#2,3 | | | 3,364.58 | 0.00 |
| | | | Dividend paid 100.00%    1,573.25 on $1,573.25; Claim# 2; Filed: $1,573.25; Reference: 1817 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1,791.33 on $1,791.33; Claim# 3; Filed: $1,791.33; Reference: 6598 | 7100-000 | | | 0.00 |

Subtotals :    $25,006.16    $25,006.16

{} Asset reference(s)      Printed: 01/15/2010 01:28 PM    V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-71935 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | LLABAN, JOSEFINA B | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****11-66 - Checking Account |
| **Taxpayer ID #:** | 54-6815349 | | **Blanket Bond:** | $552,000.00  (per case limit) |
| **Period Ending:** | 01/15/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 25,006.16 | 25,006.16 | $0.00 |
| | | | Less: Bank Transfers | | 25,006.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25,006.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,006.16** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****11-65** | 25,006.16 | 0.00 | 0.00 |
| **Checking # ***-*****11-66** | 0.00 | 25,006.16 | 0.00 |
| | $25,006.16 | $25,006.16 | $0.00 |

{} Asset reference(s)

Printed: 01/15/2010 01:28 PM    V.11.54